UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 06-348 |
| v. : | MAG: 06-478 |
| : | VIOLATION: 18 U.S.C. § 656 |
| SHANEL L. HACKETT, : | (Bank Embezzlement) |
| Defendant. : | |

## INFORMATION

The United States informs the Court:

**FILED**

DEC 0 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERTSON, J. JR

### COUNT ONE

I. Introduction

At all times material to this Information:

1. Wachovia Bank was a financial institution operating in the District of Columbia with deposits insured by the Federal Deposit Insurance Corporation.

2. Defendant SHANEL HACKETT was employed as a teller from approximately 2004 through on or about June 2006 at two Wachovia Bank branches, the first located at 20th Street and L Street, N.W., and the second located at Connecticut Avenue and L Street, N.W., in this District.

3. From in or about April 2006, through in or about June 2006, in the District of Columbia, Defendant HACKETT did knowingly, and with the intent to injure and defraud, embezzle money from Wachovia Bank by on multiple occasions improperly taking cash from money straps

belonging to Wachovia Bank, without permission and authority, and using the money for her own benefit and use.

**(Bank Embezzlement, in violation of 18 U.S.C. § 656).**

By:

JEFFREY A. TAYLOR
United States Attorney
D.C. Bar 498-610

*[signature]*
AARON MENDELSOHN
Assistant United States Attorney
United States Attorneys Office
D.C. Bar 467-570
Federal Major Crimes Section
555 4th Street, N.W. (Room 4239)
Washington, D.C. 20530
(202) 514-9519

CATEGORY A                                                                    CO-14
PLEA TO INFORMATION                                                           Rev 2/01
                                    JUDGE: **ROBERTSON, J. JR**

                                    CRIMINAL CASE NUMBER: 06-348

                                    FILED: December 5, 2006

VIOLATION
& COUNTS: 18 U.S.C. 656

DEFENDANT: SHANEL L. HACKETT

ADDRESS: 533 REDCOAT PLACE
         FORT WASHINGTON, MD 20744

DATE OF BIRTH: 4/7/76

PDID NUMBER:

JAIL:
or
BOND:

ARREST DATE (if none, so state):

MAGISTRATE NUMBER (if none, so state): ~~NONE~~ 06-478

AUSA: AARON MENDELSOHN   514-9519
(Name and telephone number)

ATTORNEY FOR DEFENDANT: RITA BOSWORTH   208-7500
(Address and Telephone Number)
                        625 INDIANA AVENUE, N.W., SUITE 550

                        WASHINGTON, D.C. 20004

PLEASE INDICATE WHETHER OR NOT DEFENDANT HAS A PENDING CASE &
NAME OF JUDGE TO WHOM ASSIGNED:

   [ X ] No Pending case.

   [   ] Pending case is Criminal No.:

        Name of Judge: