UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE UNITED STATES OF AMERICA     :     Case No: 06-348 (JR)
                                 :
v.                               :     **FILED**
                                 :
SHANEL L. HACKETT                :     DEC 2 0 2006
                                 :     NANCY MAYER WHITTINGTON, CLERK
                                        U.S. DISTRICT COURT

### ORDER

Upon oral motion of the Government, and for good cause shown, it is this 20th day of December, 2006, hereby ORDERED that the defendant, Shanel L. Hackett, report on the afternoon of December 20th, 2006, to the FBI Washington Field Office located at 601 Fourth Street, N.W., Washington, D.C., and to the central cellblock at 300 Indiana Avenue, N.W., Washington, D.C., for the purpose of booking, fingerprinting, photographing and processing on a charge contained in the information against her in this case with FBI Special Agent Steven J. Binney.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Cc:   Aaron Mendelsohn, Esq.
      Assistant United States Attorneys
      555 4th Street, N.W., Room 4239
      Washington, D.C. 20530

      Rita Bosworth, Esq.
      Office of the Federal Public Defender
      625 Indiana Avenue, N.W.
      Suite 550
      Washington, D.C. 20004