IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA )<br>                           )<br>     v.                 )<br>                           )<br>SHANEL HACKETT    )<br>_____) | Cr. No. 06-348 (JR) | |

**DEFENDANT'S UNOPPOSED MOTION
TO CONTINUE PLEA HEARING**

Shanel Hackett, through undersigned counsel, hereby requests a continuance of her plea hearing, and states in support the following:

1. On December 5, 2006, Ms. Hackett was charged by Information with one count of Bank Embezzlement, in violation of 18 U.S.C. § 656.

2. Ms. Hackett intends to enter a plea of guilty at a plea hearing before this Court, which is currently scheduled for Tuesday, January 23, at 9:00 a.m.

3. Due to a scheduling conflict, undersigned counsel requests that the plea hearing be continued for one week.

4. Assistant United States Attorney Aaron Mendelsohn does not oppose this motion.

5. Both parties are available on January 29 before 10:30 or after 12:30, January 30 at any time, or January 31 before 1:45 or after 4:00.

WHEREFORE Ms. Hackett respectfully requests that the Court reschedule her plea hearing for one of the above listed dates and times.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____"/s/"_____
RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> **v.** ) <br> ) <br> **SHANEL HACKETT** ) <br> _____ ) | Cr. No. 06-348 (JR) |

**ORDER**

Upon consideration of defendant's unopposed motion to continue her plea hearing, it is this _____ day of January, 2007, hereby

**ORDERED** that defendant's plea hearing is continued, and it is further

**ORDERED** that a new date of _____ at _____ shall be scheduled.

_____
HONORABLE JAMES ROBERTSON
United States District Judge