AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FILED
JAN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V. | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: **06-348** |

I, **Shanel Hackett**, the above named defendant, who is accused of

**18 USC §656 Bank Embezzlement**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **January 29, 2007** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*