FILED
JAN 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
                          :   Criminal # 06-348
v.                        :   ~~Magistrate No.~~
                          :
SHANEL L. HACKETT,        :
                          :
      Defendant.          :

## STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, Defendant SHANEL HACKETT agrees and stipulates as follows:

Beginning in approximately 2004, through up to and including June 2006, Shanel Hackett worked as a teller at two Wachovia Bank branches, the first located at 20th Street and L Street, N.W., and the second located at 1100 Connecticut Avenue, N.W., in Washington, D.C. At all relevant times, Wachovia Bank was a financial institution operating in the District of Columbia and elsewhere with deposits insured by the Federal Deposit Insurance Corporation.

At all times relevant to this matter, Ms. Hackett was an employee-teller at Wachovia Bank at its 1100 Connecticut Avenue, N.W. location - a branch within the District of Columbia. Beginning in or about April 2006, and continuing up to in or about June 2006, Ms. Hackett executed a scheme to embezzle money, that is, United States currency, from Wachovia Bank by using her position as a teller to gain access to cash and willfully embezzle, abstract, purloin and steal money by removing United States currency from money straps under her control and converting the money to her own use. On approximately nine occasions from in or about April 2006, and continuing up to in or about June 2006, Ms. Hackett willfully and knowingly removed twenty dollar bills from money straps under her control and replaced the twenty dollar bills with one dollar bills, without the

permission of Wachovia Bank, and converted the money for her own use. Specifically, during these three months, sixteen straps under Ms. Hackett's control were missing twenty-five twenty dollar bills, for a total loss to Wachovia Bank of $7,600.

On or about June 27, 2006, a Wachovia Investigator interviewed Ms. Hackett after it was discovered that twenty-five twenty dollar bills were missing from a money strap prepared by her. Ms. Hackett admitted that on multiple occasions she embezzled currency from Wachovia Bank by removing substantial amounts of currency from money straps under her control and converted the money to pay for personal expenses, including expenses associated with her car, rent, and day care. At that time, Ms. Hackett returned $52 to Wachovia Bank and left the branch without further incident.

Through her scheme, Defendant Hackett has caused the loss of at least $7,548.00 to Wachovia Bank.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By: _____
AARON H. MENDELSOHN
Assistant U.S. Attorney
555 4th Street, N.W. (Room 4239)
Washington, D.C. 20530
(202) 514-9591

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense.

Date: 1-29-07

Shanel L. Hackett
Defendant

I have discussed this Statement of Offense with my client, Ms. Hackett. I concur with her decision to stipulate to this Statement of Offense.

Date: 1/29/07

Rita Bosworth, Esq.
Counsel for the Defendant