## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                                            )<br>v.                                      )<br>                                            )<br>SHANEL HACKETT           )<br>_____) | Cr. No. 06-348 (JR) |

**DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE SENTENCING**

Shanel Hackett, through undersigned counsel, hereby makes a request to reschedule her sentencing, and states in support the following:

1. On January 29, 2007, Ms. Hackett pled guilty to one count of Bank Embezzlement, in violation of 18 U.S.C. § 656.

2. Ms. Hackett is scheduled to be sentenced before this Court on Monday, April 23, at 9:30 a.m.

3. Counsel for Ms. Hackett had to reschedule a sentencing for another client before Judge Lamberth, and due to Judge Lamberth's trial schedule, April 23rd at 9:30 was the only available date on his calendar.  Counsel rescheduled the sentencing before Judge Lamberth at the government's request.

4. In order to ensure that counsel is present for Ms. Hackett's sentencing, counsel respectfully requests that this Court reschedule Ms. Hackett's sentencing for a time later in the week.

5. Assistant United States Attorney Aaron Mendelsohn does not oppose this motion.

6. Both parties are available the afternoon of April 23rd, any time on April 24th, and any

time except 11:00 on April 25th.

WHEREFORE Ms. Hackett respectfully requests that the Court reschedule her sentencing for one of the aforementioned dates and times.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____

RITA BOSWORTH
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C., 20004
(202) 208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Cr. No. 06-348 (JR) |
| v. | ) | |
| | ) | |
| **SHANEL HACKETT** | ) | |
| | ) | |

**ORDER**

Upon consideration of defendant's unopposed motion to reschedule her sentencing, it is this _____ day of _____, 2007, hereby

**ORDERED** that defendant's sentencing is rescheduled, and it is further

**ORDERED** that a new date of _____ at _____ shall be set.

_____
HONORABLE JAMES ROBERTSON
United States District Judge