UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Case No. 06-348 (JR) |
| | : | |
| v. | : | Sentencing Date: April 24, 2007 |
| | : | |
| **SHANEL L. HACKETT,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

### GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following memorandum to assist the Court in issuing an appropriate sentence in this case.

1. Pursuant to a plea agreement, Defendant Shanel L. Hackett pled guilty on January 29, 2007, to a one-count Criminal Information charging her with Bank Embezzlement, in violation of Title 18 U.S.C. Section 656.

2. Defendant has no prior criminal convictions.

3. Based upon a total offense level of 6, and Defendant's criminal history category of I, the guideline range for imprisonment is 0 to 6 months.[1] The statutory maximum term of imprisonment for a violation of 18 U.S.C. Section 656 where, as in the case at bar, the amount embezzled is not identified in the Criminal Information, is 1 year.

4. Pursuant to Defendant's January 29, 2007 guilty plea, Defendant acknowledged certain relevant criminal conduct in her factual proffer – she acknowledged knowingly and willfully embezzling approximately $7,600 from Wachovia Bank from in or about April 2006 through in or

---

[1] This offense level takes into account that Defendant will presumably receive a two-point downward adjustment for having taken responsibility for her criminal conduct.

about June 2006, while Defendant was an employee-teller at a Wachovia Bank branch located in the District of Columbia.

5. In this case, the Government respectfully requests a sentence within the applicable guideline range. In addition, the Government urges the Court to enter an order for full restitution, as soon as circumstances permit, to Wachovia Bank from Defendant in the amount of $7,548. Finally, the Government requests that the Court order third-party disclosure of Defendant's criminal conviction and sentence to Defendant's current employers, Account Pros and the Treasury Department Federal Credit Union, within 30 days of sentencing in this case.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NO. 498-610

By: _____
AARON H. MENDELSOHN
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 467-570
FEDERAL MAJOR CRIMES SECTION
(202) 514-9519

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I will cause a copy of the foregoing to be served by electronic filing upon the attorney for the defendant, Rita Bosworth, Esquire, this 13th day of April, 2007.

_____
AARON H. MENDELSOHN
ASSISTANT UNITED STATES ATTORNEY